**Fill in this information to identify the case:**

Debtor name: **R. Hassell Builders, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Texan Floor<br>2055 Silber, Suite 108<br>Houston, TX 77055 | | | | | | $17,700.70 |
| 2  Royce J. Hassell<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066 | | | | | | $0.00 |
| 3  R. Hassell Properties, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066 | | | | | | $0.00 |
| 4  R. Hassell Holding Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066 | | | | | | $0.00 |
| 5  R. Hassell & Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066 | | | | | | $0.00 |