**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **R. Hassell & Co., Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33608** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **checking** | | | |
   | Allegiance Bank - xxxx92110 | Checking account | 2 1 1 0 | $1,079.07 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $1,079.07

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**Current value of debtor's interest**

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**11. Accounts receivable**

**Current value of debtor's interest**

| 11a. 90 days old or less: | **$52,200.01** | – | **$0.00** | = | .............. ➔ | **$52,200.01** |
|---|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = | .............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$52,200.01

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **R. Hassell & Co., Inc.**                                       Case number (if known)   **18-33608**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   **R. Hassell & Co., Inc.**
Name

Case number (if known)   **18-33608**

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Furniture | **Unknown** | | **$500.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Ford F250  Truck** 1FT7W2BT4FECO4151 | **Unknown** | Diff of owed and TXDMV | **$22,000.00** |
| 47.2. **Ford F450  Truck** 1FDOX4HTOHED9236 | **Unknown** | | **$86,000.00** |
| 47.3. **Ford Car** 1fa6p8jz1h5525302 | **Unknown** | | **$71,000.00** |
| 47.4. **Tow Behind Tailers** | | | **$5,000.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|
| | Name | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Komatsu Backhoe2006WB140-2N-3BP** A22403 | Unknown | Insured Value | $26,355.00 |
| **Ingersol Rmatic Roller 9 Wheel 10-12 Ton2000** PT125R157682 | | Insured value | $16,000.00 |
| **Komatsu Crawler Dozer 2006D41 P6C** B41158 | Unknown | insurance value | $41,414.00 |
| **Komatsu Excavator  2005PC4006C-7L** 50341 | Unknown | Insured Value | $55,533.00 |
| **Komatsu Excavator  2007PC300LC-7EO** A88619 | Unknown | insured value | $100,000.00 |
| **John Deere Wheel Loader        1998TC44H** 564909 | | insured value | $30,000.00 |
| **Komatsu Wheel Loader1999WA 120-3L** A30089 | Unknown | Insured value | $35,560.00 |
| **Komatsu Wheel Loader2004WA250-SL** A73284 | Unknown | Insured value | $30,500.00 |
| **Komatsu Wheel Loader2006WA250-SL** A74094 | Unknown | insured value | $52,710.00 |
| **Cmi Reclaimer Stabilizer  2002RS 425** 526-253 | Unknown | Insured Value | $50,000.00 |
| **Cmi Reclaimer Stabilizer  2008RS** 425-B526-310 | Unknown | Insured Value | $100,000.00 |
| **John Deere 94001997ST00031053** RW9400P001010 | Unknown | Insured Value | $34,000.00 |
| **John Deere 94001997ST40004514** RW9400P001555 | Unknown | insured value | $30,000.00 |
| **John Deere 94002001** RW9400P040292 | | insured value | $40,500.00 |
| **Sweeper Broom 8'1997RJ30088360** | | Insured Value | $20,000.00 |
| **Ford Water Truck  2000 gal2007F750XL** 3FRWF75E47V5155786 | Unknown | insured value | $40,473.00 |
| **Storage Container198920' x 8'** 4517020 | Unknown | Estimated Value | $200.00 |
| **Amida  Light TowerAL4060D4MH** (40399 ) 011272966 | Unknown | esitmated value | $10,000.00 |
| **CORE CUT  CONCRETE SAW  2007** CC6560 XLS1303920 | | estimated vlaue | $3,000.00 |
| **Amida  Light TowerAL4060D4MH** (548578)  FYF11971 | Unknown | estimated value | $5,000.00 |
| **Storage Container199320' x 8'** 2592355 | Unknown | estimated value | $200.00 |
| **Storage Container200620' x 8'** 23U962 | Unknown | estimated value | $200.00 |
| **Storage Container199120' x 8'** 2381187 | Unknown | estimated value | $200.00 |

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
| | Name | | |

| | | | |
|---|---|---|---|
| Morrison Concrete Super Screed 30' 2001 OMS10SUPHE201746 | Unknown | Estimated Value | $1,000.00 |
| CAT 140H MotorGrader 2zk08097 | | Insured Value | $75,299.00 |
| Komatsu Bomag Roller 90158571257 | Unknown | Insured value | $61,181.00 |
| Komatsu Motorgrader TB20035 | | Insured Value | $131,774.00 |
| Bomag Roller 101583611036 | | | $0.00 |
| Komatsu Backhoe WB14-2N-38P A22403 | | | $0.00 |
| Komatsu D65PX-12 D41 P6C 65400 | | | $0.00 |
| 2006 International 2400 Water Truck 1htmpafp66h336580 | | Estimated Value | $28,000.00 |
| 2014 Blaw Knox Sweeper Broom CB90 109405 | | estimated Value | $20,000.00 |
| 2012 Volvo G940B Motorgrader 575327 | | Insured value | $195,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $1,418,099.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| **Previous Years NOL** | Tax year | **2017** | Unknown |
| **2017 NOL** | Tax year | | Unknown |
| **2018 NOL** | Tax year | | Unknown |

**73. Interests in insurance policies or annuities**

Debtor     __R. Hassell & Co., Inc._____     Case number (if known)   __18-33608__
           Name

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**cause of Action:**
**Alliant Insurance Company & Rhesa Bolton, Liberty Mutual Insurance & Surety, Southwest**
**Escrow, CHS/AG Group Insurance, Rosalyn Hassell, Scott Chapman, AIG Insurance**

| | |
|---|---|
| **Property:Trust Funds** | **Unknown** |

Nature of claim         __Multiple: Fraud, DTPA, Bad Faith, Failur__

Amount requested        _____

| | |
|---|---|
| **Cause of Action: CommunityBank Texas, N.A.** | **Unknown** |

Nature of claim         __Fraud, Disclosure ,garnishment__

Amount requested        _____

**Cause of Action: Coats Rose Law Firm, Richard Rose, Pat Gaas, Heather Asselin, David Lynch**

**Tyler & Das, Mickey Das**

**Rentea and Associates, Bogdan Rentea**

| | |
|---|---|
| **Property: Trust Funds** | **Unknown** |

Nature of claim         __Fraud, Breach of Fed. Duty, Disgorgement__

Amount requested        _____

**Cause of Action: Hassell 2012 Joint Venture**

| | |
|---|---|
| **Multiple causes of action** | **Unknown** |

Nature of claim         __Various & Multiple causes__

Amount requested        _____

**Cause of Action: HCID 18, Exxon, Springwoods Realty, Walter P. Moore, Costello Engineering,**
**Trunkline Gas Co., LLC, Panhandle Eastern Pipleine LP, Southern Union Panhandle LLC, Sea**
**Robin Pipeline LLC, Isaacks Directional Drilling, Isaacks Contractiong, Inc.**

| | |
|---|---|
| **Nature: Quatuem Merit, Trust Funds** | **Unknown** |

Nature of claim         __Contract, Fraud, Negligence__

Amount requested        _____

**Cause of Action: Texan Floor Services**

| | |
|---|---|
| **Trust Funds** | **Unknown** |

Nature of claim         __Fraud, Conspiracy__

Amount requested        _____

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|
| | Name | | |

**Cause of Action:**
**Hassell Construction Co., Inc.**
**Hassell Management Services**
**Hassell Construction Group**
**James C. Hassell**
**James P. Hassell**
**Michael L. Hassell**

| **Trust Funds. Fradulent Transfers** | | **Unknown** |
|---|---|---|
| Nature of claim | **Multiple: Fraud** | |
| Amount requested | | |

**Cause of Action:**
**Springwoods Joint Venture**

| **Labor & equipment costs, lost profits, exemplary damages, Fraud** | | **Unknown** |
|---|---|---|
| Nature of claim | **Multiple causes of action** | |
| Amount requested | | |

| **Cause of Action: Interface Consulting Intl, Inc.** | | |
|---|---|---|
| **and or counterclaim** | | **$0.00** |
| Nature of claim | **Breach of contract** | |
| Amount requested | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Cause of Action:**

| **Barry Conge Harris LLP, Buck Keenan LLP** | | **$0.00** |
|---|---|---|
| Nature of claim | **Counterclaim/malpractice** | |
| Amount requested | | |

| **We incorporate all causes of actions as listed in R. Hassell Holding & R. Hassell Builders, Inc.** | | **$0.00** |
|---|---|---|
| Nature of claim | **Incorporate all R. Hassell Holding** | |
| Amount requested | | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| **Miscellaneous handtools, small tools** | **$0.00** |
|---|---|
| **Judgement against Hassell Construction Co., Inc** | **$1,200,000.00** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | **$1,200,000.00** |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **R. Hassell & Co., Inc.**                                    Case number (if known)   **18-33608**
      Name

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,079.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,200.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,418,099.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $2,671,878.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................... | | $2,671,878.08 |

**Fill in this information to identify the case:**

Debtor name   **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **18-33608**
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2.   List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
**Ford Credit**

**Creditor's mailing address**
**P.O. Box 15271**

_____

_____

**Irving**              **TX**   **75015-2271**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **10/13/2017**

**Last 4 digits of account number**    __3__ __9__ __4__ __0__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**2017 F250**

**Describe debtor's property that is subject to a lien**

**Truck**

**Describe the lien**

**v**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $53,074.95 | $0.00 |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$686,508.10

Debtor   **R. Hassell & Co., Inc.**                                   Case number (if known) **18-33608**

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | **$17,780.00** | **$22,000.00** |
|---|---|---|---|---|

Creditor's name
**Ford Credit**

Describe debtor's property that is subject to a lien
**Truck**

Creditor's mailing address
**P.O. Box 15271**

Describe the lien
v

**Irving              TX    75015-2271**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **7/6/2015**

Last 4 digits of account number         **3   4   0   8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2015 F250**

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | | **$76,727.23** | **$86,000.00** |
|---|---|---|---|---|

Creditor's name
**Ford Credit**

Describe debtor's property that is subject to a lien
**Truck**

Creditor's mailing address
**P.O. Box 15271**

Describe the lien
v

**Irving              TX    75015-2271**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **9/25/2017**

Last 4 digits of account number         **4   1   8   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2017 F450**

---

Debtor **R. Hassell & Co., Inc.**                                    Case number (if known) **18-33608**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.4** | **Creditor's name**
**Ford Credit**

**Describe debtor's property that is subject to a lien**
**Car**

$61,587.98          $71,000.00

**Creditor's mailing address**
**P.O. Box 15271**

**Describe the lien**
v

_____

**Is the creditor an insider or related party?**

**Irving            TX    75015-2271**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

**Date debt was incurred    8/11/2017**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number        5   9   0   0**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Ford car**

Debtor   **R. Hassell & Co., Inc.**     Case number (if known) **18-33608**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Part 1:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.5**   Creditor's name
**Texas Capital (Addendum 5)**

Creditor's mailing address
**2350 Lakeside Blvd., Suite 605**

_____

**Richardson         TX    75082**

Creditor's email address, if known

_____

Date debt was incurred   **10/4/2016**

Last 4 digits of account
number          **3  9  3  5**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Cmi Reclaimer Stabilizer 2008RS 425-B 526-310 : 1) Texas Capital (Addendum 5).  For CAT 140H MotorGrader 2zk08097: 1) Texas Capital (Addendum 5).  For Komatsu Bomag Roller 90158571257: 1) Texas Capital (Addendum 5).  For Bomag Roller 101583611036: 1) Texas Capital (Addendum 5).  For Komatsu Backhoe WB14-2N-38P A22403: 1) Texas Capital (Addendum 5).  For Komatsu D65PX-12 D41 P6C 65400: 1) Texas Capital (Addendum 5).  For Komatsu Backhoe2006WB140-2N-3BPA22403 : 1) Texas Capital (Addendum 5).  For Ingersol Rmatic Roller 9 Wheel 10-12 Ton2000PT125R 157682 : 1) Texas Capital (Addendum 5).  For Komatsu Wheel Loader2004WA250-SLA73284 : 1) Texas Capital (Addendum 5); 2) Texas Capital Bank (Addendum #3).  For 2014 Blaw Knox Sweeper Broom CB90 109405: 1) Texas Capital (Addendum 5).  For 2006 International 2400 Water Truck 1htmpafp66h336580: 1) Texas Capital (Addendum 5).  For Komatsu Excavator  2005**

Describe debtor's property that is subject to a lien
**Various pieces of equipment**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$271,276.84**          **$454,282.00**

Debtor **R. Hassell & Co., Inc.**                                    Case number (if known) **18-33608**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.6** **Creditor's name**
**Texas Capital (PC 200)**

**Creditor's mailing address**
**2350 Lakeside Blvd., Suite 605**

_____

**Richardson          TX    75082**

**Creditor's email address, if known**

_____

**Date debt was incurred     2/3/2016**

**Last 4 digits of account number          3   9   3   4**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.5**

**Describe debtor's property that is subject to a lien**
**Various pieces of equipment**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80,000.00**        **$96,947.00**

---

**2.7** **Creditor's name**
**Texas Capital Bank (Addendum #3)**

**Creditor's mailing address**
**2350 Lakeside Boulevard, Suite 605**

_____

**Richardson          TX    75082**

**Creditor's email address, if known**

_____

**Date debt was incurred     1/27/2016**

**Last 4 digits of account number          3   9   3   3**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.5**

**Describe debtor's property that is subject to a lien**
**Various pieces of equipment**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$126,061.10**        **$241,447.00**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **R. Hassell & Co., Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33608** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____
_____
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)(_____)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,879.30 |
|---|---|---|---|

American Arbrtration Assoc

13727    Noel, Ste. 700

☐ Contingent
☐ Unliquidated
☑ Disputed

| Dallas | TX | 75240 |
|---|---|---|

**Basis for the claim:**

N1

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    3   1   7   8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,593.26 |
|---|---|---|---|

American Express

P.O. Box 650448

Dallas, Tx.

75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

v

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    4   0   0   3

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109,850.31 |
|---|---|---|---|

Barry Conge Harris LLP

1800 West Loop South, Suite 750

☐ Contingent
☐ Unliquidated
☑ Disputed

| Houston | TX | 77027 |
|---|---|---|

**Basis for the claim:**

N1

**Date or dates debt was incurred**    2017-2018

**Last 4 digits of account number**    ___   ___   N   A

**Is the claim subject to offset?**
☐ No
☑ Yes

Disputed legal fees

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,769.52 |
|---|---|---|---|

Buck Keenan, LLP

700 Louisiana, Suite 5100

☐ Contingent
☐ Unliquidated
☑ Disputed

| Houston | TX | 77002 |
|---|---|---|

**Basis for the claim:**

N1

**Date or dates debt was incurred**    2014-2016

**Last 4 digits of account number**    4   3   5   1

**Is the claim subject to offset?**
☐ No
☑ Yes

Disputed legal fees

---

| Debtor | R. Hassell & Co., Inc. | Case number (if known) | 18-33608 |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.5  Nonpriority creditor's name and mailing address

Carol Davis Reporting, Records & Video,

7838 Hillmont

Houston          TX      77040

Date or dates debt was incurred     6/1/2018

Last 4 digits of account number     1  9  9  5

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**$1,774.36**

### 3.6  Nonpriority creditor's name and mailing address

Chase Card Services

P.O. Box 94014

Palatine          IL      60094-4014

Date or dates debt was incurred     3/1/2018

Last 4 digits of account number     1  1  9  9

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** N1

**Is the claim subject to offset?**

☒ No
☐ Yes

**$7,813.50**

### 3.7  Nonpriority creditor's name and mailing address

Coats Rose Judgment

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

On Appeal

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** N1

**Is the claim subject to offset?**

☐ No
☒ Yes

**$0.00**

### 3.8  Nonpriority creditor's name and mailing address

Hassell Construction Co., Inc.

12522 Cutten Rd

Houston          TX      77066

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** unknown consideration

**Is the claim subject to offset?**

☒ No
☐ Yes

**Unknown**

| Debtor | R. Hassell & Co., Inc. | Case number (if known) | 18-33608 |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9**   Nonpriority creditor's name and mailing address

Hassell Management Services, LLC

12522 Cutten Rd

Houston                    TX      77066

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Unknown consideration

Is the claim subject to offset?

☒ No
☐ Yes

**Unknown**

**3.10**   Nonpriority creditor's name and mailing address

HSSK

952 Echo Lane, Suite 200

Houston                    TX      77024

Date or dates debt was incurred     2/2017 - 6/2018

Last 4 digits of account number     1   0   1   3

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$148,267.40**

**3.11**   Nonpriority creditor's name and mailing address

Interface Consulting Int'l, Inc.

One Riverway, Ste. 2350

Houston                    TX      77056

Date or dates debt was incurred     10/2016-12/2016

Last 4 digits of account number     2   R   H   C

Disputed Fees

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

N1

Is the claim subject to offset?

☐ No
☒ Yes

**$25,023.75**

**3.12**   Nonpriority creditor's name and mailing address

James C Hassell

12522 Cutten Rd

Houston                    TX      77066

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

unknown consideration

Is the claim subject to offset?

☒ No
☐ Yes

**Unknown**

| Debtor | R. Hassell & Co., Inc. | Case number (if known) | 18-33608 |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.13**   Nonpriority creditor's name and mailing address

James P Hassell

12522 Cutten Rd

_____

Houston                    TX          77066

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
un known Consideration

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.14**   Nonpriority creditor's name and mailing address

Jason Hassell

12522 Cutten Rd.

_____

Houston                    TX          77066

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
unknown consideration

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.15**   Nonpriority creditor's name and mailing address

Juan Gonzalez

5302 Maple

_____

Bellaire                    TX          77401

Date or dates debt was incurred    7/2/2005

Last 4 digits of account number    __ __ N A

Business Loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
N1

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

---

**3.16**   Nonpriority creditor's name and mailing address

Lexitas

P..O. Box 4227

_____

Houston                    TX          77210-4227

Date or dates debt was incurred    8/1/2017

Last 4 digits of account number    8  0  9  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,933.05**

---

| Debtor | R. Hassell & Co., Inc. | Case number (if known) | 18-33608 |
|---|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** **Nonpriority creditor's name and mailing address**

Locke Lord LLP

600 Travis, Suite 2800

Houston                    TX      77002

Date or dates debt was incurred    2/21/17-6/2018

Last 4 digits of account number    0   0   0   3

Partially disputed

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$808,596.95

**3.18** **Nonpriority creditor's name and mailing address**

Mike Hassell

12522 Cutten Rd

Houston                    TX      77066

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
unknown consideration

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**3.19** **Nonpriority creditor's name and mailing address**

Omnivere, LLC

P.O. Box 71727

Chicago                    IL      60694-1727

Date or dates debt was incurred    8/1/2017

Last 4 digits of account number    0   4   2   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,307.03

**3.20** **Nonpriority creditor's name and mailing address**

R. Hassell Builders, Inc.

12807 Haynes Road, Bldg. C

Houston                    TX      77066

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ N  A

Intercompany and/or Affiliated Company Amounts Due

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | **Nonpriority creditor's name and mailing address** |

**R. Hassell Holding Co., Inc.**

**12807 Haynes Road, Bldg. C**

_____

**Houston**          **TX**     **77066**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**$0.00**

| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | __ __ __ **N**  **A** |

**Is the claim subject to offset?**
☒ No
☐ Yes

**Intercompany and/or Affiliated Company Amounts Due**

| 3.22 | **Nonpriority creditor's name and mailing address** |

**R. Hassell Properties, Inc.**

**12807 Haynes Road, Bldg. C**

_____

**Houston**          **TX**     **77066**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**$0.00**

| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | __ __ __ **N**  **A** |

**Is the claim subject to offset?**
☒ No
☐ Yes

**Intercompany and/or Affiliated Company Amounts Due**

| 3.23 | **Nonpriority creditor's name and mailing address** |

**Royce & Silvia Hassell (retainer for Int**

**5302 Maple**

_____

**Bellaire**          **TX**     **77401**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
v_____

**$10,000.00**

| **Date or dates debt was incurred** | **Various** |
| **Last 4 digits of account number** | __ __ __ **N**  **A** |

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** |

**Royce J. Hassell**

**12807 Haynes Road, Bldg. C**

_____

**Houston**          **TX**     **77066**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**105530.42**

**$0.00**

| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | __ __ __ **N**  **A** |

**Is the claim subject to offset?**
☒ No
☐ Yes

**Loan to Corporation-Net of RJH payable**

Debtor   **R. Hassell & Co., Inc.** _____   Case number (if known) __**18-33608**__

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,660.00**

**Xact Data Discovery - DATX** _____

**P.O. Box 6594** _____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**          **IL**     **60197-6594**

**Basis for the claim:** _____

**Date or dates debt was incurred**   **8/1/2017**

**Last 4 digits of account number**   __O__  __C__  __K__  __E__

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **R. Hassell & Co., Inc.**                                    Case number (if known)   **18-33608**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** **$1,264,468.43** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$1,264,468.43** |

**Fill in this information to identify the case:**

Debtor name __**R. Hassell & Co., Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**18-33608**__          Chapter __**11**__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing-2017 F250 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing  2017 F450 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Truck financing  Ford 2015 F250 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Financing for Car | Ford Credit | | |
| | | | PO Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 77015 |

Debtor   **R. Hassell & Co., Inc.**                                        Case number (if known)   **18-33608**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5** State what the contract or lease is for and the nature of the debtor's interest

**Construction Partnership**

**Hassell 2012 Joint Venture**

State the term remaining

List the contract number of any government contract

**2.6** State what the contract or lease is for and the nature of the debtor's interest

**Financing for Various pieces of equipment**

**Texas Capital (Addendum 5)**

**2350 Lakeside Blvd., Suite 605**

State the term remaining

List the contract number of any government contract

**Richardson**              **TX**      **75082**

**2.7** State what the contract or lease is for and the nature of the debtor's interest

**Financing for piece of equipment**

**Texas Capital (PC 200)**

**2350 Lakeside Blvd., Suite 605**

State the term remaining

List the contract number of any government contract

**Richardson**              **TX**      **75082**

**2.8** State what the contract or lease is for and the nature of the debtor's interest

**Various pieces of equipment**

**Texas Capital Bank (Addendum #3)**

**2350 Lakeside Boulevard, Suite 605**

State the term remaining

List the contract number of any government contract

**Richardson**              **TX**      **75082**

**Fill in this information to identify the case:**

Debtor name __**R. Hassell & Co., Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**18-33608**_____
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **18-33608**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
       Copy line 88 from Schedule A/B........................................................................................................... **$0.00**

    1b.  **Total personal property:**
       Copy line 91A from Schedule A/B....................................................................................................... **$2,671,878.08**

    1c.  **Total of all property**
       Copy line 92 from Schedule A/B......................................................................................................... **$2,671,878.08**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ **$686,508.10**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F..................................................... **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... **+ $1,264,468.43**

4.  **Total liabilities**
    Lines 2 + 3a + 3b........................................................................................................................ **$1,950,976.53**

**Fill in this information to identify the case and this filing:**

Debtor Name    **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **18-33608**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☑ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/16/2018**     X **/s/ Royce Hassell**
      MM / DD / YYYY      Signature of individual signing on behalf of debtor

                            **Royce Hassell**
                            Printed name

                            **President**
                            Position or relationship to debtor