11:27 AM
07/16/18
Accrual Basis

# R. Hassell & Company, Inc.
## Employee QuickReport
### June 2017 through June 2018

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Hassell, Royce J** | | | | | | |
| Paycheck | 06/30/2017 | 47395 | | 1010.00 · Allegiance... | X | 4,617.50 |
| Paycheck | 07/14/2017 | 47407 | | 1010.00 · Allegiance... | X | 5,079.25 |
| Paycheck | 07/21/2017 | 47414 | | 1010.00 · Allegiance... | X | 1,108.20 |
| Paycheck | 08/11/2017 | 47426 | | 1010.00 · Allegiance... | X | 1,385.25 |
| Paycheck | 08/18/2017 | 47435 | | 1010.00 · Allegiance... | X | 1,062.02 |
| Paycheck | 09/15/2017 | 47447 | | 1010.00 · Allegiance... | X | 1,847.00 |
| Paycheck | 01/19/2018 | 47477 | VOID: | 1010.00 · Allegiance... | X | 0.00 |
| Check | 01/19/2018 | 47477 | | 1010.00 · Allegiance... | X | 33,634.00 |
| **Total Hassell, Royce J** | | | | | | 48,733.22 |
| **TOTAL** | | | | | | 48,733.22 |

Page 1

11:19 AM
07/16/18
Accrual Basis

# R. Hassell & Company, Inc.
## Employee QuickReport
### June 2017 through June 2018

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Hassell, Silvia T** | | | | | | |
| Paycheck | 06/09/2017 | 47386 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 06/30/2017 | 47393 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 06/30/2017 | 47394 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 06/30/2017 | 47396 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/07/2017 | 47397 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/07/2017 | 47398 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/07/2017 | 47399 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/07/2017 | 47400 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/07/2017 | 47401 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/07/2017 | 47402 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/14/2017 | 47408 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/14/2017 | 47409 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/14/2017 | 47410 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/21/2017 | 47412 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/21/2017 | 47413 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/21/2017 | 47415 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/21/2017 | 47416 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 07/28/2017 | 47423 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 08/04/2017 | 47427 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 08/11/2017 | 47434 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 08/18/2017 | 47438 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 08/24/2017 | 47443 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 09/08/2017 | 47444 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 09/08/2017 | 47445 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 09/08/2017 | 47446 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 09/15/2017 | 47448 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 09/22/2017 | 47451 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 09/29/2017 | 47453 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 10/06/2017 | 47454 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 10/13/2017 | 47457 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 10/20/2017 | 47478 | | 1010.00 · Allegiance… | X | 428.75 |
| Paycheck | 01/19/2018 | | | 1010.00 · Allegiance… | X | 433.75 |
| **Total Hassell, Silvia T** | | | | | | **13,296.25** |
| **TOTAL** | | | | | | **13,296.25** |

Page 1