**Fill in this information to identify the case**

Debtor name   **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)   **18-33608**

☑ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.   **Cash on hand** _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Allegiance Act xxxx92110** | | __ __ __ __ | $1,079.07 |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,079.07 |
|---|

## Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor  **R. Hassell & Co., Inc.**
     Name

Case number (if known)  **18-33608**

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

|  |
|---|
| **$0.00** |

## Part 3: Accounts receivable

10.  **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☒ Yes.  Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a.  90 days old or less:     **$52,200.01**    −    **$0.00**    = ............ ➔    **$52,200.01**
                     face amount             doubtful or uncollectible accounts

11b.  Over 90 days old:    **$0.00**    −    **$0.00**    = ............ ➔    **$0.00**
                    face amount             doubtful or uncollectible accounts

12.  **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$52,200.01** |

## Part 4: Investments

13.  **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17.  **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

|  |
|---|
| **$0.00** |

## Part 5: Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor   **R. Hassell & Co., Inc.**                                             Case number (if known)   **18-33608**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **R. Hassell & Co., Inc.**
Name

Case number (if known)  **18-33608**

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Furniture | **Unknown** | | **$500.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**$500.00**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Ford F250  Truck** 1FT7W2BT4FECO4151 | **Unknown** | Diff of owed and TXDMV | **$22,000.00** |
| 47.2.  **Ford F450  Truck** 1FDOX4HTOHED9236 | **Unknown** | | **$86,000.00** |
| 47.3.  **Ford Car** 1fa6p8jz1h5525302 | **Unknown** | | **$71,000.00** |
| 47.4.  **Tow Behind Tailers** | | | **$5,000.00** |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|
| | Name | | |

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| Storage Container198920' x 8'<br>4517020 | Unknown | Estimated Value | $200.00 |
| Amida  Light TowerAL4060D4MH<br>(40399 )  011272966 | Unknown | esitmated value | $10,000.00 |
| CORE CUT  CONCRETE SAW   2007<br>CC6560 XLS1303920 | | estimated vlaue | $3,000.00 |
| Amida  Light TowerAL4060D4MH<br>(548578)  FYF11971 | Unknown | estimated value | $5,000.00 |
| Storage Container199320' x 8'<br>2592355 | Unknown | estimated value | $200.00 |
| Storage Container200620' x 8'<br>23U962 | Unknown | estimated value | $200.00 |
| Storage Container199120' x 8'<br>2381187 | Unknown | estimated value | $200.00 |
| Morrison Concrete Super Screed 30' 2001<br>OMS10SUPHE201746 | Unknown | Estimated Value | $1,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$203,800.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

**54.** **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | 18-33608 |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |

| | | | |
|---|---|---|---|
| **Previous Years NOL** | Tax year | **2017** | Unknown |
| **2017 NOL** | Tax year | | Unknown |
| **2018 NOL** | Tax year | | Unknown |

**73. Interests in insurance policies or annuities**

Debtor    **R. Hassell & Co., Inc.**                                    Case number (if known) __18-33608__
          Name

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **See Exhibit "1" attached hereto and incorporated herein by reference as though fully set forth.**                                    **$0.00**

Nature of claim    __See Exhibit "1"__

Amount requested    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

    **All potential claims and causes of action that are listed on Exhibit "1" attached hereto are**
    **hincorporated herein by reference as though fully set forth.**                                    **Unknown**

Nature of claim    __See Attached Exhibit "1"__

Amount requested    _____

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    **Miscellaneous handtools, small tools**                                    **$0.00**

    **R. Hassell & Co., Inc., et al v. Hassell Construction Co., Inc., Cause No. 2013-61995, pending in**
    **the 61st Judicial District Cout, Harris County, Texas,**
    **Arbitration Judgement entered on March 26, 2018, for monetary relief in the amount of**
    **$1,167.549.95, plus other relief, as set forth in the Final Judgment.**                                    **$1,200,000.00**

**78.** **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                    **$1,200,000.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor __**R. Hassell & Co., Inc.**_____     Case number (if known) __**18-33608**_____
    Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$1,079.07** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$52,200.01** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$500.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$203,800.00** | |
| 88. | **Real property.** *Copy line 56, Part 9* ............................................ ➜ | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$1,200,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$1,457,579.08** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................... | | **$1,457,579.08** |



# EXHIBIT "1"

**ASSETS OF The R. HASSELL HOLDING COMPANIES, INC., R. HASSELL & COMPANY, INC., and R. HASSELL BUILDERS, INC.**

**FILED CLAIMS:**

Claims against Hassell Construction Company, Inc. and James C. Hassell for for the collection of the Final Judgment confirming arbitration award, fraudulent transfers to insiders and frivolous appeal of Final Judgment confirming arbitration award:

- Cause Number 2013-61995; *The R. Hassell Holding Companies, Inc. et al v. Hassell Construction Co., Inc et al;* .in the 61st Judicial District Court of Harris County, Texas, and the Final Judgment entered therein on March 26, 2018 in favor of The *R. Hassell Holding Companies, Inc. et and c*laims to be asserted in that case.

- Appeal of the Final Judgment in Case Number 01-18-00546-CV; *Hassell Construction Co., Inc. and James C. Hassell v. R. Hassell Holding Company, Inc., R. Hassell & Co., Inc., R.* Hassell *Builders, Inc.,* in the Texas Court of Appeals, Houston [1st Dist.].

Claims against Harris County Improvement District 18, Springwoods Realty, Inc., Walter P. Moore and Costello, Inc. for due process violations, abuse of process, fraud, quantum meruit, and unjust enrichment associated with work performed on the Springwoods Project.

- Cause No. 2012-42981; *Hassell Construction Company, Inc. v. Springwoods Realty Company and Harris County Improvement District No. 18;* In the 333rd Judicial District Court of Harris County, Texas.  The striking of the intervention of R. Hassell & Company, Inc. and R. Hassell Builders, Inc. is currently on Appeal to the Texas Court of Appeals for the Houston First District, in Case Number 01-17-00154-CV, *R. Hassell & Company, Inc. and R. Hassell Builders, Inc. v. Springwoods Realty Company, Harris County Improvement District No. 18, Walter P. Moore and Costello, Inc.*

- Cause No. 2016-85276-7; *Hassell Construction Co., Inc., derivatively by and through its shareholder Royce Hassell; R. Hassell & Company, Inc. and R. Hassell Builders, Inc.;* In the 333rd Judicial District Court of Harris County, Texas.  Summary Judgment is currently on appeal in Case No. 01-17-00822-CV, *R. Hassell & Company, Inc. and R. Hassell Builders, Inc. v. Springwoods Realty, Inc., Harris County Improvement District No. 18, Walter P. Moore and Costello, Inc.*

- Cause No. 2016-84811; *Hassell Construction Co., Inc., derivatively by and through its shareholder Royce Hassell, R. Hassell & Company, Inc. and R. Hassell Builders, Inc.;* In the 333rd Judicial District Court of Harris County, Texas.  Rule 39, Texas Rules of Civil Procedure, Notice of the absence of parties needed for just adjudication pertaining to claim on the Springwoods Project.

Claims against CommunityBank of Texas, N.A. in two garnishment cases in Cause Numbers 2013-61995A and B; in the 61st Judicial District Court of Harris County, Texas, and claims to be asserted in that case.

Claims against Coats Rose, Richard L. Rose, Patrick Gaas, Heather Asselin and David Lynch for negligence, breach of fiduciary duty, and fraud associated with obstruction of claim and concealed conflicts of interest related to the Springwoods Project, the Hassell 2012 Joint Venture and the Springwoods Joint Venture.

- Cause No. 2015-29275; *R. Hassell Holding Company, Inc., R. Hassell & Co., Inc., R. Hassell Builders, Inc., Royce Hassell, derivatively for HCCI, and Royce Hassell individually v. Coats Rose, et al.;* In the 234th Judicial District Court of Harris County, Texas.  Currently on appeal from dismissal based on Chapter 27 of the Texas Civil Practice and Remedies Code in Case No. 01-14-00349-CV; In the Texas Court of Appeals for the Houston Fourteenth District.

Claims against Trunkline Gas Company, LLC, Panhandle Eastern Pipeline Company, L.P., Southern Union Panhandle, LLC, Sea Robin Pipeline Company, LLC, Issacks Directional Drilling and Issacks Contracting, Inc. for delays and additional costs on Springwoods Project.

- Claims Pending in Cause No. 2014-29648; *Hassell Construction Co., Inc. v. Trunkline Gas Company, LLC,* in the 133rd Judicial District Court of Harris County, Texas.

Claims against Interface Consulting International, Inc. for breach of contract, DTPA, misrepresentation, pending in claim filed with Judicial Arbitration and Mediation Services.

Claims for Sanctions, punitive and fees against Hassell Construction Co., Inc., Hassell Construction Group, LLC, James C. Hassell, Michael Hassell, the JCH Intervivos Trust, Phillip Hassell, Shawn Hassell Potts, Jason Hassell, Bogdan Rentea and Ron Satija in United States Bankruptcy Court for the Southern District of Texas, Houston Division in Case number 18-31189, *In re Hassell 2012 Joint Venture* and Case number 18-03042; *R. Hassell & Co., Inc., et al v. Hassell Construction Company, Inc., et al.*

**UNFILED CLAIMS**

Claims against Liberty Mutual Insurance and Surety, Alliant Insurance, CHS/AG Group, Rosalyn Hassell, Scott Chapman, Rhesa Bolton, Southwest Escrow, Bogdan Rentea, Rentea & Associates, Coats Rose, Richard L. Rose, Micky Das, Tyler & Das and Joel Massey for misrepresentation, conspiracy, abuse of process, insurance fraud, conspiracy to defraud, fraud, and failure to defend related to the Springwoods Project, the Hassell 2012 Joint Venture,  the Transtar Project, and Texan Floor Service LLC.

Claims against James C. Hassell, the JCH Intervivos Trust, J. Phillip Hassell, Michael Hassell individually and as trustee, Doug Smith, Jason Hassell and Hassell Construction Group, LLC for fraudulent transfers as insiders of the Hassell 2012 Joint Venture, the Springwoods Joint Venture, the JCH Intervivos Trust and Hassell Construction Company, Inc.

Claims against Texan Floor Service LLC for abuse of process.

Counterclaims and legal set-off against Barry Conge & Harris and Felicia Harris claim for negligence and malpractice related to suits against the Trunkline defendants, the Springwoods defendants including Hassell Construction Co., Inc., Coats Rose and its attorneys and Bogdan Rentea.

Claims against Binnacle Development & Construction LLC and Lone Trail Development, LLC for non-payment for use of equipment to develop real estate claim for breach of contract, quantum meruit, DTPA, fraud and consequential damages.

**Fill in this information to identify the case:**

Debtor name **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-33608**
(if known)

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $17,780.00 | $22,000.00 |
|---|---|---|---|
| Ford Credit | Truck | | |

**Creditor's mailing address**
P.O. Box 15271

**Describe the lien**
v

Irving          TX   75015-2271

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**   7/6/2015

**Last 4 digits of account number**   3   4   0   8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

2015 F250

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$156,095.21

Debtor   **R. Hassell & Co., Inc.**                                      Case number (if known) **18-33608**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

| | |
| --- | --- |
| Creditor's name **Ford Credit** | Describe debtor's property that is subject to a lien |
| | **Truck** |
| Creditor's mailing address **P.O. Box 15271** | Describe the lien |
| | **v** |
| **Irving             TX    75015-2271** | Is the creditor an insider or related party? |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred   **9/25/2017** | ☑ No |
| Last 4 digits of account number   **4  1  8  1** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply. |
| ☑ No | ☐ Contingent |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated |
| | ☐ Disputed |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | |

Amount of claim: **$76,727.23**     Value of collateral: **$86,000.00**

**2017 F450**

**2.3**

| | |
| --- | --- |
| Creditor's name **Ford Credit** | Describe debtor's property that is subject to a lien |
| | **Car** |
| Creditor's mailing address **P.O. Box 15271** | Describe the lien |
| | **v** |
| **Irving             TX    75015-2271** | Is the creditor an insider or related party? |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred   **8/11/2017** | ☑ No |
| Last 4 digits of account number   **5  9  0  0** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply. |
| ☑ No | ☐ Contingent |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated |
| | ☐ Disputed |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | |

Amount of claim: **$61,587.98**     Value of collateral: **$71,000.00**

**Ford car**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **R. Hassell & Co., Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33608** |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply.  ☐ Contingent  ☐ Unliquidated  ☐ Disputed | _____ | _____ |

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____)

Debtor **R. Hassell & Co., Inc.**                     Case number (if known) **18-33608**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address        **$7,879.30**

__American Arbrtration Assoc__

__13727   Noel, Ste. 700__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

__Dallas__          **TX**    __75240__

Basis for the claim:
__N1__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __3__  __1__  __7__  __8__

---

**3.2** Nonpriority creditor's name and mailing address        **$2,593.26**

__American Express__

__P.O. Box 650448__

__Dallas, Tx.__

__75265-0448__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__v__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __4__  __0__  __0__  __3__

---

**3.3** Nonpriority creditor's name and mailing address        **$109,850.31**

__Barry Conge Harris LLP__

__1800 West Loop South, Suite 750__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

__Houston__          **TX**    __77027__

Basis for the claim:
__N1__

Date or dates debt was incurred    __2017-2018__

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number    __ __  __ __  __N__  __A__

**Disputed legal fees**

---

**3.4** Nonpriority creditor's name and mailing address        **$21,769.52**

__Buck Keenan, LLP__

__700 Louisiana, Suite 5100__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

__Houston__          **TX**    __77002__

Basis for the claim:
__N1__

Date or dates debt was incurred    __2014-2016__

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number    __4__  __3__  __5__  __1__

**Disputed legal fees**

---

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.5** | Nonpriority creditor's name and mailing address |

**Carol Davis Reporting, Records & Video,**

**7838 Hillmont**

_____

| **Houston** | **TX** | **77040** |

| Date or dates debt was incurred | **6/1/2018** |

| Last 4 digits of account number | **1  9  9  5** |

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Court Reporting**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,774.36**

---

| **3.6** | Nonpriority creditor's name and mailing address |

**Chase Card Services**

**P.O. Box 94014**

_____

| **Palatine** | **IL** | **60094-4014** |

| Date or dates debt was incurred | **3/1/2018** |

| Last 4 digits of account number | **1  1  9  9** |

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**N1**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,813.50**

---

| **3.7** | Nonpriority creditor's name and mailing address |

**Coats Rose Judgment**

**C/O Richard Rose**

**9 Greenway Plaza, Ste. 1000**

| **Houston** | **TX** | **77046** |

| Date or dates debt was incurred | |

| Last 4 digits of account number | ___ ___ ___ ___ |

**On Appeal**

**As of the petition filing date, the claim is:**
_Check all that apply._

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**N1**

**Is the claim subject to offset?**
☐ No
☑ Yes

**$0.00**

---

| **3.8** | Nonpriority creditor's name and mailing address |

**Hanover Group**

**C/O Brandon Bains**

**301 Solana Blvd.**

**Building 1, Suite 1545**

| **Westlake** | **TX** | **76262** |

| Date or dates debt was incurred | |

| Last 4 digits of account number | ___ ___ ___ ___ |

**As of the petition filing date, the claim is:**
_Check all that apply._

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Alleged Indemnity**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** | Nonpriority creditor's name and mailing address

**Hassell Construction Co., Inc.**

**12522 Cutten Rd**

**Houston**            **TX**      **77066**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**unknown consideration**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Hassell Management Services, LLC**

**12522 Cutten Rd**

**Houston**            **TX**      **77066**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Unknown consideration**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**HSSK**

**952 Echo Lane, Suite 200**

**Houston**            **TX**      **77024**

Date or dates debt was incurred    **2/2017 - 6/2018**

Last 4 digits of account number    **1   0   1   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services Provided**

Is the claim subject to offset?
☒ No
☐ Yes

**$148,267.40**

---

**3.12** | Nonpriority creditor's name and mailing address

**Interface Consulting Int'l, Inc.**

**One Riverway, Ste. 2350**

**Houston**            **TX**      **77056**

Date or dates debt was incurred    **10/2016-12/2016**

Last 4 digits of account number    **2   R   H   C**

Disputed Fees

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**N1**

Is the claim subject to offset?
☐ No
☒ Yes

**$25,023.75**

---

Debtor    **R. Hassell & Co., Inc.**                                        Case number (if known)   **18-33608**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.13 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                    **$0.00**

**James C Hassell**

**12522 Cutten Rd**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**              **TX**     **77066**           **unknown consideration**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                    **$0.00**

**James P Hassell**

**12522 Cutten Rd**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**              **TX**     **77066**           **un known Consideration**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                    **$0.00**

**Jason Hassell**

**12522 Cutten Rd.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**              **TX**     **77066**           **unknown consideration**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                    **$100,000.00**

**Juan Gonzalez**

**5302 Maple**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bellaire**              **TX**     **77401**           **N1**

Date or dates debt was incurred     **7/2/2005**         **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __N__ __A__       ☑ No
                                                      ☐ Yes

**Business Loan**

---

| Debtor | **R. Hassell & Co., Inc.** | Case number (if known) | **18-33608** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**  Nonpriority creditor's name and mailing address

**Lexitas**

**P..O. Box 4227**

**Houston**          **TX**      **77210-4227**

Date or dates debt was incurred        **8/1/2017**

Last 4 digits of account number        **8   0   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **1040 Taxes**

Is the claim subject to offset?

☒ No
☐ Yes

**$12,933.05**

---

**3.18**  Nonpriority creditor's name and mailing address

**Locke Lord LLP**

**600 Travis, Suite 2800**

**Houston**          **TX**      **77002**

Date or dates debt was incurred        **2/21/17-6/2018**

Last 4 digits of account number        **0   0   0   3**

**Partially disputed**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Legal Representation**

Is the claim subject to offset?

☒ No
☐ Yes

**$808,596.95**

---

**3.19**  Nonpriority creditor's name and mailing address

**Michael L.  Hassell**

**12522 Cutten Rd**

**Houston**          **TX**      **77066**

Date or dates debt was incurred

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **unknown consideration**

Is the claim subject to offset?

☒ No
☐ Yes

**$0.00**

---

**3.20**  Nonpriority creditor's name and mailing address

**Omnivere, LLC**

**P.O. Box 71727**

**Chicago**          **IL**      **60694-1727**

Date or dates debt was incurred        **8/1/2017**

Last 4 digits of account number        **0   4   2   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or Services Provided**

Is the claim subject to offset?

☒ No
☐ Yes

**$4,307.03**

---

Debtor      **R. Hassell & Co., Inc.**                                          Case number (if known)   **18-33608**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                          **Amount of claim**

**3.21**   **Nonpriority creditor's name and mailing address**

**Pendergraft & Simon, LLP**

**2929 Allen Parkway, Suite 200**

**Houston**                          **TX**      **77019**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Subject to being waived if Court requires.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Legal fees**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$61,315.88**

---

**3.22**   **Nonpriority creditor's name and mailing address**

**R. Hassell Builders, Inc.**

**12807 Haynes Road, Bldg. C**

**Houston**                          **TX**      **77066**

Date or dates debt was incurred

Last 4 digits of account number      __ __   **N   A**

**Intercompany and/or Affiliated Company Amounts Due**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:   **Intercompany**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Unknown**

---

**3.23**   **Nonpriority creditor's name and mailing address**

**R. Hassell Properties, Inc.**

**12807 Haynes Road, Bldg. C**

**Houston**                          **TX**      **77066**

Date or dates debt was incurred

Last 4 digits of account number      __ __   **N   A**

**Intercompany and/or Affiliated Company Amounts Due**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:   **Intercompany**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Unknown**

---

**3.24**   **Nonpriority creditor's name and mailing address**

**Royce & Silvia Hassell (retainer for Int**

**5302 Maple**

**Bellaire**                          **TX**      **77401**

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __   **N   A**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **v**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10,000.00**

---

| Debtor | **R. Hassell & Co., Inc.** | | Case number (if known) | **18-33608** |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**Royce J. Hassell**

**12807 Haynes Road, Bldg. C**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77066** |
|---|---|---|

**Basis for the claim:**
**105530.42**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ **N** **A**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Loan to Corporation-Net of RJH payable**

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**The R. Hassell Holding Companies., Inc.**

**12807 Haynes Road, Bldg. C**

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77066** |
|---|---|---|

**Basis for the claim:**
**Intercompany**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ **N** **A**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Intercompany and/or Affiliated Company Amounts Due**

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,660.00** |
|---|---|---|---|

**Xact Data Discovery - DATX**

**P.O. Box 6594**

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Carol Stream** | **IL** | **60197-6594** |
|---|---|---|

**Basis for the claim:**
**Goods and/or Services Provided**

Date or dates debt was incurred **8/1/2017**

Last 4 digits of account number **O** **C** **K** **E**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **R. Hassell & Co., Inc.**                                      Case number (if known)    **18-33608**

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.  **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**  **$1,325,784.31** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  **$1,325,784.31** |

**Fill in this information to identify the case:**

Debtor name __R. Hassell & Co., Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number __18-33608_____ Chapter __11___
(if known)

☑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing-2017 F250 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Truck Financing  2017 F450 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Truck financing  Ford 2015 F250 | Ford Credit | | |
| | | | P.O. Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 75015-2271 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Financing for Car | Ford Credit | | |
| | | | PO Box 15271 | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Irving | TX | 77015 |

| Debtor | R. Hassell & Co., Inc. | Case number (if known) | 18-33608 |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5**

State what the contract or lease is for and the nature of the debtor's interest: **Construction Partnership**

State the term remaining

List the contract number of any government contract

**Hassell 2012 Joint Venture**

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: **Financing for Various pieces of equipment**

State the term remaining

List the contract number of any government contract

**Texas Capital (Addendum 5)**

**2350 Lakeside Blvd., Suite 605**

**Richardson          TX        75082**

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: **Financing for piece of equipment**

State the term remaining

List the contract number of any government contract

**Texas Capital (PC 200)**

**2350 Lakeside Blvd., Suite 605**

**Richardson          TX        75082**

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: **Various pieces of equipment**

State the term remaining

List the contract number of any government contract

**Texas Capital Bank (Addendum #3)**

**2350 Lakeside Boulevard, Suite 605**

**Richardson          TX        75082**

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: **Equipment lease**

State the term remaining

List the contract number of any government contract

**Texas Capital Lease/addendums 1-5**

**Fill in this information to identify the case:**

Debtor name     **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number     **18-33608**
(if known)

☑ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **R. Hassell & Co., Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   **18-33608**

☑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
      Copy line 88 from Schedule A/B.............................................................................................   **$0.00**

   1b.   **Total personal property:**
      Copy line 91A from Schedule A/B..........................................................................................   **$1,457,579.08**

   1c.   **Total of all property**
      Copy line 92 from Schedule A/B............................................................................................   **$1,457,579.08**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......................   **$156,095.21**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................   **$0.00**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................   **+   $1,325,784.31**

4.   **Total liabilities**
   Lines 2 + 3a + 3b...............................................................................................................   **$1,481,879.52**

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __**R. Hassell & Co., Inc.**_____

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**18-33608**_____
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☑ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**09/09/2018**__      X **/s/ Royce Hassell**_____
       MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                    **Royce Hassell**_____
                                    Printed name

                                    **President**_____
                                    Position or relationship to debtor