

ENTERED
09/21/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| R. HASSELL HOLDING CO., INC., | § | Case No. 18-33541-H1-7 |
| Debtor. | § | |
| | § | |
| R. HASSELL & CO., INC. | § | Case No. 18-33608-H1-7 |
| | § | |
| R. HASSELL BUILDERS, INC. | § | Case No. 18-33619-H1-7 |

### ORDER EFFECTUATING THE ABANDONMENT OF CLAIMS

The Court has considered the motion of party in interest, Silvia T. Hassell requesting an order effectuating the Trustee's abandonment of claims pursuant to a mediated settlement agreement previously approved by this Court. (ECF 150 in Case No. 18-33541). The Motion is GRANTED.

Effective as of this date the following claims are abandoned tin the above styled cases:

All claims and/or causes of action, if any owned by the Chapter 7 estates of the R. Hassell Co., Inc., R. Hassell Builders, Inc., and R. Hassell Holding Company, Inc., in Case Nos. 18-33541; 18-33608; 18-33619 (the "R. Hassell Cases") with the exception of the claims resolved in the Trustee/Hassell Settlement Agreement. [ECF 64, Paragraph 5, page 5 of 19 in Case No 18-33608).

The interest, if any, in the 2012 Hassell Joint Venture owned by the Chapter 7 Estates of R. Hassell & Co., Inc., R. Hassell Builder, Inc., and R. Hassell Holding Company, Inc., except and excluding from such abandonment any

interest exercised or utilized by the Trustee in the Trustee/Hassell Settlement Agreement. [ECF 64, Paragraph 9, page 5 in Case No. 18-33608).

Signed: September 21, 2020

Marvin Isgur
United States Bankruptcy Judge