**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/18/2020

In Re: R. Hassell & Co., Inc.

**Debtor(s)**

Case No.: 18–33608

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 12/18/20

MARVIN ISGUR
United States Bankruptcy Judge